UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:22 CR 699 SRC |
| JOHN POUND, | ) |
| Defendant. | ) |

## GOVERNMENT'S SUBSTITUTION OF COUNSEL

COMES NOW, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Gwendolyn Carroll, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States, replacing Edward Dowd, Assistant United States Attorney, who withdraws his appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/Gwendolyn Carroll*
GWENDOLYN CARROLL, #4657003NY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of this document was filed with the Court's electronic file management system for service upon all parties and counsel of record on June 1, 2023.

*s/Gwendolyn Carroll*
GWENDOLYN CARROLL, #4657003NY
Assistant United States Attorney